## John Richardson, Appellee, v. W. H. Johns, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Coles county; the Hon. E. R. E. Kimbrough, Judge, presiding. Heard in this court at the April term, 1914. Affirmed. Opinion filed July 2, 1914.

### Statement of the Case.

Action by John Richardson against W. H. Johns on a promissory note for five hundred dollars purporting to be signed by defendant and others. The defendant filed a verified plea denying the execution of the note. A jury returned a verdict finding for plaintiff and a judgment was rendered on the finding. To reverse the judgment, defendant appeals.

Charles C. Lee, for appellant.

Marshall & Shuey, for appellee.

Mr. Presiding Justice Thompson delivered the opinion of the court.

### Abstract of the Decision.

1. Appeal and error, § 450*—*when competency of testimony not saved for review.* The competency of a question asked of a witness and his answer thereto are not saved for review where the record shows no objection to the question.

2. Witnesses, § 85*—*when witness not incompetent to testify to signature.* In an action on a promissory note where a witness was called to prove defendant's signature on the note and testified that he knew defendant, that he had seen him write his signature and that he knew his signature, and it developed on his cross-examination that he had a note against the defendant which the latter denied making, *held* that the facts developed on cross-examination did not make the witness incompetent to testify to the signature, but only affected his credibility.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.